B. M. Maltz Company, Respondent, v. George J. Martin and Another, Appellants.— Judgment of the Municipal Court affirmed by default, with costs. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Michael Mannion, Appellant, v. Edward G. Vail, Jr., Respondent.— Order of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

William A. McCreery, Appellant, v. The Harral Soap Company, Respondent.— The plaintiff's right to recover on the facts is clearly limited to the sum of seven dollars and twenty-three cents. That fact was conceded but overlooked on the first argument. As no power exists to correct the judgment in that regard, the judgment is reversed on reargument, without costs, and a new trial ordered. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Mabel Moore, as Administratrix, etc., of John M. Moore, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Carr, Woodward and Rich, JJ.